(No. 1622—)

FETTES, LOVE & SIEBEN, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 8, 1931.*

*Per Curiam:*

Counsel for the claimant and the Attorney General have filed a stipulation in this cause that it shall be dismissed without costs, all costs having been paid. It is therefore ordered that the cause be and the same is hereby dismissed.